THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB SAUL, Appellant.

*People* v. *Saul*, 188 App. Div. 25, appeal dismissed.
(Submitted October 13, 1919; decided October 21, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 23, 1919, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

The motion was made upon the ground of failure to file the return.

*Henry E. Lewis,* District Attorney (*Ralph E. Hemstreet* of counsel), for appellant.

No one opposed.

Motion granted and appeal dismissed.